**Order filed April 9, 2020**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-20-00159-CR

———————

## EX PARTE LIONEL JOSEPH NEWMAN

**On Appeal from the 179th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1647260**

## ORDER

Appellant is an inmate proceeding pro se in this matter. He has requested a copy of the clerk's record so that he may prepare his brief in this matter. We order the Harris County District Clerk to provide appellant a copy of the clerk's record in this matter within 30 days from the date of this order. Appellant's brief will be due 30 days after he receives the record.

It is so ORDERED.

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, Poissant.